SEALED
PUBLIC AND UNOFFICIAL STAFF ACCESS TO THIS INFORMATION ARE PROHIBITED BY COURT ORDER

GJ: 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | B-24 044-S1 |
| v. § § | CRIMINAL NO. B-24-044-S1 |
| JOSE ALBERTO GARCIA-VILANO § a/k/a "La Kena" § a/k/a "19" § a/k/a "Ciclone 19" § | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

FEB 28 2024

Nathan Ochsner
Clerk of Court

## SEALED
## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

**21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)**
**(Conspiracy to Possess with Intent to Distribute Controlled Substances)**

Beginning in or about 2019 and continuing up to and including the date of this Indictment in the Southern District of Texas and elsewhere and within the jurisdiction of the Court, Defendant,

**JOSE ALBERTO GARCIA-VILANO**
**a/k/a "La Kena"**
**a/k/a "19"**
**a/k/a "Ciclone 19",**

did knowingly and intentionally agree, combine, conspire, and confederate with other persons known and unknown to the Grand Jurors to possess with intent to distribute controlled substances. The overall scope of the conspiracy involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

## COUNT TWO

### 21 U.S.C. §§ 959, 960, 963
### (Conspiracy to Import Controlled Substances)

Beginning in or about 2019 and continuing up to and including the date of this Indictment in the Southern District of Texas and elsewhere and within the jurisdiction of the Court, Defendant,

### JOSE ALBERTO GARCIA-VILANO
### a/k/a "La Kena"
### a/k/a "19"
### a/k/a "Ciclone 19",

did knowingly and intentionally agree, combine, conspire, and confederate with other persons known and unknown to the Grand Jurors to distribute, and cause the distribution of, five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, intending, knowing, and having reasonable cause to believe that such controlled substances would be unlawfully imported into the United States.

In violation of Title 21, United States Code, Sections 959, 960, and 963.

## COUNT THREE

### 18 U.S.C. §§ 1956(a)(2)(B)(i) and (h)
### (International Money Laundering)

Beginning in or about 2019 and continuing up to and including the date of this Indictment in the Southern District of Texas and elsewhere and within the jurisdiction of the Court, Defendant,

### JOSE ALBERTO GARCIA-VILANO
### a/k/a "La Kena"
### a/k/a "19"
### a/k/a "Ciclone 19",

did knowingly and intentionally agree, combine, conspire, and confederate with other

persons known and unknown to the Grand Jurors to conduct or attempt to conduct, a financial transaction affecting interstate and foreign commerce, that is, the transfer, delivery of United States currency, from a place in the United States to a place outside the United States, that is, the United States of Mexico, knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, namely, the distribution of controlled substances, knowing that the transaction was designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of such specified unlawful activity.

In violation of Title 18, United States Code, Section 1956(a)(2)(B)(i) and (h).

## NOTICE OF CRIMINAL FORFEITURE
(Counts One and Two)

Pursuant to Title 21, United States Code, Section 853, the United States hereby gives notice to Defendant,

**JOSE ALBERTO GARCIA-VILANO**
a/k/a "La Kena"
a/k/a "19"
a/k/a "Ciclone 19",

that in the event of a conviction for a violation of Title 21, United States Code, Sections, 841, 846, 959, 960, or 963 as alleged in Counts 1 and 2, the following are subject to forfeiture:

(1) all property constituting, or derived from, any proceeds obtained directly or indirectly as a result of such offenses; and

(2) all property used or intended to be used, in any manner or part, to commit or facilitate the commission of such offenses.

3

### (Count Three)

Pursuant to Title 18, United States Code, Section 982(a)(1), the United States gives notice to the Defendant,

**JOSE ALBERTO GARCIA-VILANO**
a/k/a "La Kena"
a/k/a "19"
a/k/a "Ciclone 19",

that all right, title and interest of the defendant in any property, real or personal involved in Count Three of this Indictment, or any property traceable to such property, is forfeited to the United States.

### Money Judgment

In the event of conviction of any Count of the Indictment, the United States may seek a money judgment.

### Substitute Property

If any of the property described above, as a result of any act or omission of Defendant:

a. cannot be located upon exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

_____
K. ALEJANDRA ANDRADE
ASSISTANT UNITED STATES ATTORNEY

_____
LANCE WATT
ASSISTANT UNITED STATES ATTORNEY